## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **AMERICAN IODINE COMPANY, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO. 4:20-CV-00582** |
| | § | |
| **COSAYACH EXPORTADORA SA,** | § | |
| **MITSUI CHEMICALS, INC.,** | § | |
| **MARUBENI CORPORATION, AND** | § | |
| **ECOFUSION INC.** | § | |
| | § | |
| *Defendant.* | § | |

## <u>ORDER</u>

The Court has considered Defendant Cosayach Exportadora SA's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt.#10) (the "Motion").  The Court has considered the Motion, the response of Plaintiff American Iodine Company, Inc., and argument of counsel.

The Court finds that the Motion has merit and should be granted in full.   Accordingly, the Motion is granted in full, and all claims asserted by Plaintiff American Iodine Company, Inc. against Defendant Cosayach Exportada SA are dismissed, with prejudice against refiling same.